UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
NUANCE COMMUNICATIONS, INC.,        )
                    Plaintiff       )
                                    )        Civil Action
v.                                  )        No. 19-11438-PBS
                                    )
OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.,)
                    Defendant       )
_____)

**SCHEDULING ORDER**
February 7, 2020

| | |
|---|---|
| Serve claim terms to be construed and proposed claim constructions (Claim terms subject to construction limited by L.R. 16.6 to 10 total for all patents in suit; no more than 4 terms to be construed in initial phase.) | 2/7/2020 |
| Conference regarding construction of claim terms | 2/14/2020 |
| File joint statement and joint claim-construction chart | 2/28/2020 |
| Mandatory ADR | by 5/7/2020 |
| File and serve simultaneous opening claim construction briefs if using expert testimony, brief must include expert declaration | 3/20/2020 |
| Expert testimony, depositions on claim construction issues | 4/10/2020 |

| | |
|---|---|
| File and serve responsive claim construction briefs and submit technical tutorials with responsive briefs | 5/1/2020 |
| Claim construction hearing | 6/16/2020 at 9:30 a.m. |
| Plaintiff Nuance to serve disclosure limiting asserted claims of Phase 1 patents to no more than 5 asserted claims | 9/11/2020 |
| Responsive to Nuance's narrowing of the asserted claims, Omilia to serve updated validity contentions | 9/11/2020 |
| Close of fact discovery | 10/30/2020 |
| Serve expert reports to Rule 26(a)(2) by the party with the burden of proof | 12/4/2020 |
| Serve responsive expert reports pursuant to Rule 26(a)(2) by the party without the burden of proof | 1/8/2021 |
| Close of expert discovery | 2/5/2021 |
| File dispositive motions and Daubert motions | 4/2/2021 |
| File oppositions to dispositive motions and Daubert motions | 4/23/2021 |
| File Reply brief | 5/10/2021 |
| File Surreply brief | 5/30/2021 |
| Summary judgment and Daubert motion hearings | 6/15/2021 at 9:30 a.m. |
| Pretrial Conference | 10/6/2021 at 2:30 p.m. |
| Trial | 10/18/2021 at 9:00 a.m. |

All discovery regarding damages is stayed. All discovery regarding counterclaims is stayed pending resolution of the motion to dismiss. All Local Rule limits apply unless parties agree otherwise. The page limits are also applicable.

                                           /s/ Patti B. Saris  
                                           PATTI B. SARIS  
                                           U.S. District Judge