IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMILIA NATURAL LANGUAGE SOLUTIONS, LTD., <br><br> Defendant. | Case No. 1:19-cv-11438-PBS |

## MODIFIED SCHEDULING ORDER

The parties' joint proposed modifications to the February 7, 2020 Scheduling Order are hereby granted as provided below:

| | |
|---|---|
| Plaintiff Nuance to serve disclosure limiting asserted claims of Phase 1 patents to no more than 5 asserted claims | 10/16/2020 |
| Responsive to Nuance's narrowing of the asserted claims, Omilia to serve updated invalidity contentions | 10/30/2020 |
| Close of fact discovery (*as to all non-stayed issues*) | 3/30/2021 |
| Serve expert reports to Rule 26(a)(2) by the party with the burden of proof | 5/4/2021 |
| Serve responsive expert reports pursuant to Rule 26(a)(2) by the party without the burden of proof | 6/1/2021 |
| Close of expert discovery | 6/29/2021 |

| | |
|---|---|
| Deadline to file dispositive motions and Daubert motions | 8/24/2021 |
| File oppositions to dispositive motions and Daubert motions | 9/14/2021 |
| File Reply brief | 9/30/2021 |
| File Surreply brief | 10/20/2021 |
| Summary judgment and Daubert motion hearings | 11/3/2021 (subject to Court's calendar) |
| Pretrial Conference | Week of 4/4/2022 (subject to Court's calendar) |
| Trial | Week of 4/18/2022 (subject to Court's calendar) |

IT IS SO ORDERED,

DATED: 6/8/2020                              /s/ PATTI B. SARIS
                                              Judge Patti B. Saris
                                              United States District Court
                                              District of Massachusetts