**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

NUANCE COMMUNICATIONS, INC.,

       Plaintiff and Counterclaim
       Defendant,

       v.

OMILIA NATURAL LANGUAGE
SOLUTIONS, LTD.,

       Defendant and Counterclaim
       Plaintiff.

Case No.  1:19-CV-11438-PBS

**JURY TRIAL DEMANDED**

**OMILIA'S NOTICE OF MOTION TO DISMISS**
**COUNTS IX-XIII OF THE FIRST AMENDED COMPLAINT**

Defendant and Counterclaim Plaintiff Omilia Natural Language Solutions, Ltd.

("Omilia") moves to dismiss Counts IX-XIII of the First Amended Complaint (Dkt. No. 102) of

Plaintiff and Counterclaim Defendant Nuance Communications, Inc. ("Nuance").  Omilia moves

to dismiss Counts IX-XIII on the grounds that each count fails to state a claim under Federal

Rule of Civil Procedure 12(b)(6).  Counts IX-XIII (all counts) are barred by the statute of

limitations applicable to each cause of action.  In addition, Count X (violation of the Digital

Millennium Copyright Act) should be dismissed because the amended complaint does not allege

that Omilia circumvented a technological control measures in violation of 17 U.S.C. §

1201(a)(1); Count XI (violation of the Computer Fraud and Abuse Act) should be dismissed

because the amended complaint does not allege that Omilia acted "without authorization" or

"exceeds authorized access" under 18 U.S.C. § 1030(a)(2) or 18 U.S.C. § 1030(a)(4); and Counts

XII (conversion) and Count XIII (trespass to chattels) should be dismissed because they are

preempted by the federal Copyright Act.  Nuance's claims for statutory damages and attorney's

fees for copyright infringement should be dismissed or stricken under 17 U.S.C. § 412 because

the alleged infringement commenced before the registration of the asserted copyrighted works.

The motion is based on this notice of motion and the accompanying memorandum of law,

declarations, request for judicial notice, and exhibits to the declarations.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Omilia believes that oral argument may assist the Court

and requests oral argument of this motion.

Dated:  June 29, 2020

                                                             Respectfully Submitted,


                                              */s/ Kevin C. Adam*
                                              Kevin C. Adam (SBN 684955)
                                              Daniel S. Sternberg (SBN 688842)
                                              WHITE & CASE LLP
                                              75 State Street, 24th Floor
                                              Boston, MA  02109
                                              (617) 979-9300
                                              kevin.adam@whitecase.com
                                              daniel.sternberg@whitecase.com

                                              Of Counsel:
                                              Dimitrios Drivas (*admitted pro hac vice*)
                                              Raj Gandesha (*admitted pro hac vice*)
                                              Stefan Mentzer (*admitted pro hac vice*)
                                              John Padro (*admitted pro hac vice*)
                                              WHITE & CASE LLP
                                              1221 Avenue of the Americas
                                              New York, NY  10020-1095
                                              (212) 819-8286
                                              ddrivas@whitecase.com
                                              rgandesha@whitecase.com
                                              smentzer@whitecase.com
                                              john.padro@whitecase.com

                                              Hallie Kiernan (*admitted pro hac vice*)
                                              WHITE & CASE LLP
                                              3000 El Camino Real
                                              Two Palo Alto Square, Suite 900
                                              Palo Alto, CA  94306
                                              (650) 213-0300
                                              hallie.kiernan@whitecase.com


                                              *Counsel for Omilia Natural Language Solutions, Ltd*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on June 18, 2020, counsel for Omilia and Nuance conferred in good faith about this motion but were unable to resolve or narrow the issues raised in this motion at this time.

/s/ *Kevin C. Adam*
Kevin C. Adam

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 29, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.4 (c).

/s/ *Kevin C. Adam*
Kevin C. Adam