**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br>     Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> OMILIA NATURAL LANGUAGE SOLUTIONS, LTD., <br><br>     Defendant and Counterclaim Plaintiff. | Case No.  1:19-CV-11438-PBS <br><br> **JURY TRIAL DEMANDED** |

**OMILIA NATURAL LANGUAGE SOLUTION, LTD.'S NOTICE OF
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY
UNDER 35 U.S.C. § 101 OF U.S. PATENT 8,532,993**

Defendant and Counterclaim Plaintiff Omilia Natural Language Solutions, Ltd. ("Omilia") respectfully moves the Court for summary judgment that the claims of U.S. Patent 8,532,993 are invalid under 35 U.S.C. § 101.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Law; Local Rule 56.1 Statement of Material Facts; and Declaration of Daniel S. Sternberg, and exhibits thereto, filed this date in support of this motion.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Omilia believes that oral argument may assist the Court and requests oral argument of this motion.

Dated: July 2, 2020

Respectfully Submitted,

/s/ *Daniel S. Sternberg*
Kevin C. Adam (SBN 684955)
Daniel S. Sternberg (SBN 688842)
WHITE & CASE LLP
75 State Street, 24th Floor
Boston, MA  02109
(617) 979-9300
kevin.adam@whitecase.com
daniel.sternberg@whitecase.com

Of Counsel:
Dimitrios Drivas (*admitted pro hac vice*)
Raj Gandesha (*admitted pro hac vice*)
Stefan Mentzer (*admitted pro hac vice*)
John Padro (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
(212) 819-8286
ddrivas@whitecase.com
rgandesha@whitecase.com
smentzer@whitecase.com
john.padro@whitecase.com

Hallie Kiernan (*admitted pro hac vice*)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
(650) 213-0300
hallie.kiernan@whitecase.com

*Counsel for Omilia Natural Language Solutions, Ltd*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on July 1, 2020, counsel for Omilia and Nuance conferred in good faith about this motion but were unable to resolve or narrow the issues raised in this motion at this time.

/s/ *Daniel S. Sternberg*
Daniel S. Sternberg

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 2, 2020 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.4 (c).

/s/ *Daniel S. Sternberg*
Daniel S. Sternberg