IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 1:19-cv-11438-PBS |

## DECLARATION OF DANIEL S. STERNBERG

I, Daniel S. Sternberg, declare:

1. I am an active member of the bar of the State of Massachusetts and am admitted to practice before the United States District Court for the District of Massachusetts. I am an associate with White & Case LLP, attorneys of record for Omilia Natural Language Solutions, Ltd. ("Omilia") in this action. I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify about them.

2. Attached as Exhibit A is a true and correct copy of the Patent Assignment Cover Sheet, executed on December 14, 2016, which Nuance Communications, Inc. ("Nuance") produced in this litigation with the production number NUANCE0000000417–NUANCE0000000486.

3.      Attached as Exhibit B is a true and correct copy of the Utility Patent Application Transmittal, excerpted from the '993 patent file history, which Nuance produced in this litigation with the production number NUANCE0000000001.

4.      Attached as Exhibit C is a true and correct copy of the July 2, 2012 Application, excerpted from the '993 patent file history, which Nuance produced in this litigation with the production number NUANCE0000000014–NUANCE0000000047.

5.      Attached as Exhibit D is a true and correct copy of the November 5, 2012 Office Action, excerpted from the '993 patent file history, which Nuance produced in this litigation with the production number NUANCE0000000052–NUANCE0000000065.

6.      Attached as Exhibit E is a true and correct copy of the February 5, 2013 Amendment, excerpted from the '993 patent file history, which Nuance produced in this litigation with the production number NUANCE0000000066–NUANCE0000000073.

7.      Attached as Exhibit F is a true and correct copy of the May 13, 2013 Notice of Allowance, excerpted from the '993 patent file history, which Nuance produced in this litigation with the production number NUANCE0000000082–NUANCE0000000101.

8.      Attached as Exhibit G is a true and correct copy of Nuance's Answer and Counterclaims in *Synkloud Techs., LLC v. Nuance Comm'cns, Inc.*, No. 1:20-cv-10564-PBS, ECF No. 11.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2020                    */s/ Daniel S. Sternberg*
                                             Daniel S. Sternberg

**CERTIFICATE OF SERVICE**

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 2, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.4 (c).

/s/ *Daniel S. Sternberg*  
Daniel S. Sternberg
