# EXHIBIT F



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 83224 | 7590 | 05/13/2013 |

AT & T LEGAL DEPARTMENT - NDQ
ATTN: PATENT DOCKETING
ONE AT & T WAY, ROOM 2A-207
BEDMINSTER, NJ 07921

| EXAMINER |
|---|
| SERROU, ABDELALI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2659 | |

DATE MAILED: 05/13/2013

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/539,996 | 07/02/2012 | Andrej Ljolje | 2005-0535-CON | 6329 |

TITLE OF INVENTION: SPEECH RECOGNITION BASED ON PRONUNCIATION MODELING

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1780 | $300 | $0 | $2080 | 08/13/2013 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

NUANCE0000000082

**Complete and send this form, together with applicable fee(s), to:** **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax** **(571) 273-2885**

---

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 83224 | 7590 | 05/13/2013 |
|---|---|---|

AT & T LEGAL DEPARTMENT - NDQ
ATTN: PATENT DOCKETING
ONE AT & T WAY, ROOM 2A-207
BEDMINSTER, NJ 07921

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

|  |
|---|
| (Depositor's name) |
| (Signature) |
| (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/539,996 | 07/02/2012 | Andrej Ljolje | 2005-0535-CON | 6329 |

TITLE OF INVENTION: SPEECH RECOGNITION BASED ON PRONUNCIATION MODELING

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1780 | $300 | $0 | $2080 | 08/13/2013 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| SERROU, ABDELALI | 2659 | 704-251000 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

**3.** ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE (B) RESIDENCE: (CITY and STATE or COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

**4a.** The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Page 2 of 4

PTOL-85 (Rev. 02/11)

NUANCE0000000083

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

<u>NOTE:</u> Absent a valid certification of Micro Entity Status (see form PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

<u>NOTE:</u> If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

<u>NOTE:</u> Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

---

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

---

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

NUANCE0000000084



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/539,996 | 07/02/2012 | Andrej Ljolje | 2005-0535-CON | 6329 |

83224      7590      05/13/2013

AT & T LEGAL DEPARTMENT - NDQ
ATTN: PATENT DOCKETING
ONE AT & T WAY, ROOM 2A-207
BEDMINSTER, NJ 07921

| EXAMINER |
|---|
| SERROU, ABDELALI |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2659 | |

DATE MAILED: 05/13/2013

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

NUANCE0000000085

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

NUANCE0000000086

| *Notice of Allowability* | Application No. 13/539,996 | Applicant(s) LJOLJE, ANDREJ | |
|---|---|---|---|
| | Examiner ABDELALI SERROU | Art Unit 2659 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *communication filed 02/05/2013*.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-20*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

        a) ☐ All    b) ☐ Some  *c) ☐ None of the:

            1. ☐ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

    **Interim copies:**

        a) ☐ All    b) ☐ Some    c) ☐ None of the:  Interim copies of the priority documents have been received.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)
2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☒ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____.

NUANCE0000000087

Application/Control Number: 13/539,996                                    Page 2
Art Unit: 2659

## DETAILED ACTION

### *Terminal Disclaimer*

1.      The terminal disclaimer filed on 02/05/2013 disclaiming the terminal portion of any

patent granted on this application which would extend beyond the expiration date of U.S. Patent

8,214,213 has been reviewed and is accepted.  The terminal disclaimer has been recorded.

### *Response to Amendment*

2.      In response to the office action mailed on 11/05/2012, applicant filed an amendment on

02/05/2013, amending claims 1, 4, 9, 10, 12, 14, and 17-20.  The pending claims are 1-20.

### *Response to Arguments*

3.      Applicant's arguments, see communication, filed 02/05/2013, with respect to the pending

claims have been fully considered and are persuasive.  The rejection of the pending claims has

been withdrawn. Accordingly, the pending claims are in condition for allowance.  Reasons for

allowance are given below.

### *Allowable Subject Matter*

4.      Claims 1-20 are allowed.

        The following is an examiner's statement of reasons for allowance:

        Independent claims 1, 9, and 17 teach a method, system, and computer readable storage

device for approximating transcribed speech, via a processor, using a phonemic transcription

dataset associated with a speaker, to yield a language model, where the phonemic transcription

dataset is based on a pronunciation model of the speaker; incorporating, into the language model,

pronunciation probabilities associated with respective unique labels for each different

pronunciation of a word, wherein the respective unique label for a most frequent word indicates a

NUANCE0000000088

special status in the language model; and after incorporating the pronunciation probabilities into

the language model, recognizing an utterance using the language model.

The prior art Kobayashi et al (US 2004/0006470) teach receiving an utterance ([0155],

wherein a speech segment is extracted from an utterance input through a microphone (Fig. 6);

storing keywords in the form of pronunciation data, and a language model comprising acoustic

models of the keywords models and extraneous speech models and their corresponding

pronunciation probabilities [0175]. These pronunciation probabilities are used to perform speech

recognition of input speech [0169]) to recognize the target keyword through identifier [0185]);

and presenting a recognition result for the utterance (Fig. 7, step 7).

The prior art Cote et al. (US 2005/0192793) teach a speech recognition technology that

allows language models to be customized through the addition of special pronunciations for

components of phrases, which are added to the factory language models during customization. It

allows components of a phrase to have different pronunciations inside customer-added phrases

than are specified for those isolated components in the factory language models ([0014]),

wherein for recognition accuracy of the input phrase, an initial pron component list is searched

for a match to the first token of every phrase. This initial pron component list may be used to

identify, through unique word identifiers, the unique pronunciations of tokens (words) when they

occur …., [0052]).

The prior art Farret (U.S. 5,636,325) teaches a method that uses phoneme analysis,

discloses a system for speech synthesis and analysis of dialects. A set of intonation intervals, for

a chosen dialect are applied to the intonational contour of a phoneme string derived from a single

Application/Control Number: 13/539,996                                  Page 4
Art Unit: 2659

set of stored linguistic units, e.g., phonemes. Sets of intonational interval are stored to simulate

or recognize different dialects languages from a single set of stored phonemes.

The prior art Barnes et al (U.S. 6,657,143)) teaches a  method of determining a language

set for use in an interactive voice response system including the steps of providing a plurality of

samples from a voice signal, calculating a first and second format frequency for each sample,

calculating a first factor based on the average first and second format frequency for the plurality

of samples, finding a nearest matching reference to the first factor, and selecting a corresponding

language set to the nearest matching reference.

The prior art of record nether teach nor suggest incorporating, into the language model,

pronunciation probabilities associated with respective unique labels for each different

pronunciation of a word, wherein the respective unique label for a most frequent word indicates a

special status in the language model; and after incorporating the pronunciation probabilities into

the language model, recognizing an utterance using the language model, as claimed by claims 1,

9, and 17.

The rest of the claims are allowable for being dependent and further limiting independent

claims 1, 9, and 17 or their parent claims.

Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

Application/Control Number: 13/539,996                                      Page 5
Art Unit: 2659

### *Conclusion*

5.      The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure. See Form 892.

        Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ABDELALI SERROU whose telephone number is (571)272-

7638.  The examiner can normally be reached on 8:30-5:00.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Pierre-Louis Desir can be reached on 571-272-7799.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

        Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Abdelali  Serrou/
Examiner, Art Unit 2659

/PIERRE-LOUIS  DESIR/
Supervisory Patent Examiner, Art Unit 2659

NUANCE0000000091

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination | |
|---|---|---|---|
| | 13/539,996 | LJOLJE, ANDREJ | |
| | Examiner | Art Unit | Page 1 of 1 |
| | ABDELALI SERROU | 2659 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2007/0033044 | 02-2007 | Yao, Kaisheng N. | 704/256.3 |
| * | B | US-2005/0119885 | 06-2005 | Axelrod et al. | 704/231 |
| * | C | US-2002/0128820 | 09-2002 | Goronzy et al. | 704/10 |
| * | D | US-2002/0111805 | 08-2002 | Goronzy et al. | 704/250 |
| * | E | US-7,467,087 | 12-2008 | Gillick et al. | 704/260 |
| * | F | US-7,216,079 | 05-2007 | Barnard et al. | 704/244 |
| * | G | US-7,181,395 | 02-2007 | Deligne et al. | 704/249 |
| * | H | US-6,272,464 | 08-2001 | Kiraz et al. | 704/257 |
| * | I | US-6,076,053 | 06-2000 | Juang et al. | 704/236 |
| * | J | US-2002/0116191 | 08-2002 | Olsen et al. | 704/251 |
| * | K | US-5,581,655 | 12-1996 | Cohen et al. | 704/245 |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

NUANCE0000000092

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13539996 | LJOLJE, ANDREJ |
| | **Examiner** | **Art Unit** |
| | ABDELALI SERROU | 2659 |

**CPC**

| Symbol | Type | Version |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**CPC Combination Sets**

| Symbol | Type | Set | Ranking | Version |
|---|---|---|---|---|
| | | | | |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | |
|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | **NON-CLAIMED** |
| 704 | 251 | G 1 0 L  15 / 02 (2006.01.01) | |
| **CROSS REFERENCE(S)** | | G 1 0 L  15 / 04 (2006.01.01) | |
| | | G 1 0 L  15 / 06 (2006.01.01) | |
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | G 1 0 L  15 / 20 (2006.01.01) | |
| 704 | 253   254   255   256   257 | | |
| 704 | 240 | | |

| /ABDELALI SERROU/ Examiner.Art Unit 2659 (Assistant Examiner) | 04/28/2013 (Date) | **Total Claims Allowed:** 20 | |
|---|---|---|---|
| /PIERRE-LOUIS DESIR/ Supervisory Patent Examiner.Art Unit 2659 (Primary Examiner) | 05/02/2013 (Date) | O.G. Print Claim(s) 1 | O.G. Print Figure 8 |

U.S. Patent and Trademark Office

Part of Paper No.  20130428

NUANCE0000000093

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13539996 | LJOLJE, ANDREJ |
| | **Examiner** | **Art Unit** |
| | ABDELALI SERROU | 2659 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

| /ABDELALI SERROU/ Examiner.Art Unit 2659 | 04/28/2013 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /PIERRE-LOUIS DESIR/ Supervisory Patent Examiner.Art Unit 2659 | 05/02/2013 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 8 |

U.S. Patent and Trademark Office

Part of Paper No.  20130428

NUANCE0000000094

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13539996 | LJOLJE, ANDREJ |
| | Examiner | Art Unit |
| | ABDELALI SERROU | 2659 |

| ☒ | Claims renumbered in the same order as presented by applicant | | | ☐ | CPA | ☒ | T.D. | ☐ | R.1.47 |

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| /ABDELALI SERROU/ Examiner.Art Unit 2659 | 04/28/2013 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 20 | |
| /PIERRE-LOUIS DESIR/ Supervisory Patent Examiner.Art Unit 2659 | 05/02/2013 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 8 |

NUANCE0000000095

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 46 | ((ANDREJ) near2 (LJOLJE)).INV. | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 12:48 |
| L2 | 6 | ((ANDREJ) near2 (LJOLJE)).INV. and (probabilit$3 near5 pronunciat$3) | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 12:49 |
| L3 | 19 | ("20020064257" \| "20020111805" \| "20020128820" \| "20030069729" \| "20050049868" \| "20050119885" \| "20060149558" \| "20070033044" \| "20080010065" \| "20090119105" \| "5317673" \| "5625749" \| "6076053" \| "6272464" \| "6389394" \| "6434521" \| "7181395" \| "7216079" \| "7467087").PN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2013/04/28 12:53 |
| L4 | 4881 | (704/251,253-257,240).ccls. | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:00 |
| L7 | 63 | (704/251,253-257,240,246).ccls. and language model$2 near4 pronunciat$3 | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:02 |
| L8 | 2 | (704/251,253-257,240,246).ccls. and language model$2 near4 pronunciat$3 near5 label$3 | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:02 |
| L9 | 160 | (704/251,253-257,240,246).ccls. and (speech recognition near4 pronunciat$3) | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:03 |
| L10 | 53 | (704/251,253-257,240,246).ccls. and (speech recognition near4 pronunciat$3) and label$3 | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:03 |
| L11 | 22 | (704/251,253-257,240,246).ccls. and speech recognition and label$3 near4 pronunciat$3 | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:04 |
| L12 | 0 | (704/251,253-257,240,246).ccls. and speech recognition and label$3 near4 pronunciat$3 near model | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:04 |
| L13 | 1 | (704/251,253-257,240,246).ccls. and speech recognition and label$3 near4 pronunciat$3 near2 model | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:04 |
| L14 | 2 | (language model with pronunciation probabilit$3 with label).clm. | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:07 |
| L16 | 7 | (add$3 or incorporat$3 or combin$3 ) near3 (pronunciat$4 near2 probabilit$3) | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:08 |
| L17 | 7 | "704"/$.ccls. and (add$3 or incorporat$3 or combin$3 ) near3 (pronunciat$4 near2 probabilit$3) | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:08 |
| L18 | 39 | "704"/$.ccls. and (add$3 or incorporat$3 or | US- | ADJ | ON | 2013/04/28 |

NUANCE0000000096

| | | combin$3) near3 (pronunciat$4 near6 language) | PGPUB; USPAT | | | 13:11 |
| L19 | 0 | "704"/$.ccls. and (add$3 or incorporat$3 or combin$3) near3 (pronunciat$4 near4 label$3) | US-PGPUB; USPAT | ADJ | ON | 2013/04/28 13:12 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L5 | 4894 | (704/251,253-257,240).ccls. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/04/28 13:01 |
| L6 | 5941 | (704/251,253-257,240,246).ccls. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/04/28 13:01 |
| L15 | 2 | (language model with pronunciation probabilit$3 with label).clm. | US-PGPUB; USPAT; UPAD | ADJ | ON | 2013/04/28 13:07 |

4/28/2013 1:13:57 PM
C:\Users\aserrou\Documents\EAST\Workspaces\13539996 and 11380502.wsp

NUANCE0000000097

PTO/SB/08B (08/03) (modified)
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Substitute for form 1449A/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(use as many sheets as necessary)*

| Application Number | New Application 13539996 |
|---|---|
| Filing Date | July 2, 2012 |
| First Named Inventor | Andrej Ljolje et al. |
| Art Unit | Unknown 2659 |
| Examiner Name | Unknown A. Serrou |

| Sheet | 1 of 2 | Attorney Docket Number | 2005-0535-CON |
|---|---|---|---|

## U.S. PATENT DOCUMENTS

| Examiner Initial | Cite No. | DOCUMENT NUMBER Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | US- 2005/0192793 | 09-01-2005 | Cote et al. | |
| | 2 | US- 2005/0143972 | 06-30-2005 | Gopalakrishnan et al. | |
| | 3 | US- 2006/0100871 | 05-11-2006 | Choi et al. | |
| | 4 | US- 6,456,971 | 09-24-2002 | Mohri et al. | |
| | 5 | US- 2003/0009335 | 01-09-2003 | Schalkwyk et al. | |
| | 6 | US- 2004/0172247 | 09-02-2004 | Yoon et al. | |
| | 7 | US- 6,161,087 | 12-12-2000 | Wightman et al. | |
| | 8 | US- 2006/0074659 | 04-06-2006 | Adams et al. | |
| | 9 | US- 6,389,394 | 05-14-2002 | Fanty, Mark | |
| | 10 | US- 5,864,810 | 01-26-1999 | Digalakis et al. | |
| | 11 | US- 2004/0006470 | 01-08-2004 | Kobayashi, Hajime | |
| | 12 | US- 2006/0149558 | 07-06-2006 | Kahn et al. | |
| | 13 | US- 2006/0190249 | 08-24-2006 | Kahn et al. | |
| | 14 | US- 2002/0048350 | 04-25-2002 | Phillips et al. | |
| | 15 | US- 6,088,669 | 07-11-2000 | Maes, Stephane Herman | |
| | 16 | US- 6,360,237 | 3-19-2002 | Schulz et al. | |
| | 17 | US- 2005/0222843 | 10-06-2005 | Kahn et al. | |
| | 18 | US- 2003/0225578 | 12-04-2003 | Kahn et al. | |
| | 19 | US- 2005/0102142 | 05-12-2005 | Soufflet et al. | |
| | 20 | US- 2003/0105632 | 06-05-2003 | Huitouze et al. | |
| | 21 | US- 7,925,506 | 04-12-2011 | Farmaner et al. | |
| | 22 | US- 7,860,707 | 12-28-2010 | Yu et al. | |
| | 23 | US- 7,620,550 | 11-17-2009 | Gupta et al. | |

| EXAMINER SIGNATURE | /Abdelali Serrou/ | DATE CONSIDERED | 04/28/2013 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AS/

NUANCE0000000098

PTO/SB/08B (08/03) (modified)
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

| Substitute for form 1449A/PTO | | | Application Number | New Application 13539996 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Filing Date | July 2, 2012 |
| | | | First Named Inventor | Andrej Ljolje et al. |
| | | | Art Unit | Unknown 2659 |
| | | | Examiner Name | Unknown A. Serrou |
| Sheet | 2 of 2 | | Attorney Docket Number | 2005-0535-CON |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | DOCUMENT NUMBER Number - Kind Code (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines; Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 24 | US- 7,292,979 | 11-06-2007 | Karas et al. | |
| | 25 | US- 5,636,325 | 06-03-1997 | Farrett, Peter W. | |
| | 26 | US- 6,675,143 | 01-06-2004 | Barnes et al. | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |
| | | US- | | | |

| EXAMINER SIGNATURE    /Abdelali Serrou/ | DATE CONSIDERED   04/28/2013 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /AS/

NUANCE0000000099

| *Search Notes*  | Application/Control No. 13539996 | Applicant(s)/Patent Under Reexamination LJOLJE, ANDREJ |
|---|---|---|
| | Examiner ABDELALI SERROU | Art Unit 2659 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 704 | 251,246,254 | 10/22/2012 | AS |
| 704 | 251, 253-257, 240 | 4/28/2013 | AS |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST (attached) | 10/22/2012 | AS |
| Google Scholar | 10/22/2012 | AS |
| Vijay Chawan (P. Examiner) - consulted with regard allowable subject matter | 02/24/2012 | AS |
| EAST (attached) | 4/28/2013 | AS |
| Google Scholar | 4/28/2013 | AS |
| John Peng (TQAS) - confirmed applicant's amendment of claim 17 to overcome the 101 rejection based on paragrraph [0059] of applicant's specification. | 4/29/2013 | AS |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| 704 | 251,246,254 | 10/22/2012 | AS |
| 704 | 251,246,254 | 4/28/2013 | AS |
| keywords | | 4/28/2013 | AS |

| | |
|---|---|
| | |

Part of Paper No. : 20130428

NUANCE0000000100

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 13539996 | LJOLJE, ANDREJ |
| | **Examiner** | **Art Unit** |
| | ABDELALI SERROU | 2659 |

| ✓ | **Rejected** | | - | **Cancelled** | | **N** | **Non-Elected** | | **A** | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | **I** | **Interference** | | **O** | **Objected** |

☒ **Claims renumbered in the same order as presented by applicant**   ☐ CPA   ☒ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 10/22/2012 | 04/28/2013 | | | | | | | | |
| | 1 | ✓ | = | | | | | | | | |
| | 2 | ✓ | = | | | | | | | | |
| | 3 | ✓ | = | | | | | | | | |
| | 4 | ✓ | = | | | | | | | | |
| | 5 | ✓ | = | | | | | | | | |
| | 6 | ✓ | = | | | | | | | | |
| | 7 | ✓ | = | | | | | | | | |
| | 8 | ✓ | = | | | | | | | | |
| | 9 | ✓ | = | | | | | | | | |
| | 10 | ✓ | = | | | | | | | | |
| | 11 | ✓ | = | | | | | | | | |
| | 12 | ✓ | = | | | | | | | | |
| | 13 | ✓ | = | | | | | | | | |
| | 14 | ✓ | = | | | | | | | | |
| | 15 | ✓ | = | | | | | | | | |
| | 16 | ✓ | = | | | | | | | | |
| | 17 | ✓ | = | | | | | | | | |
| | 18 | ✓ | = | | | | | | | | |
| | 19 | ✓ | = | | | | | | | | |
| | 20 | ✓ | = | | | | | | | | |

NUANCE0000000101