**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> OMILIA NATURAL LANGUAGE SOLUTIONS, LTD., <br><br>  Defendant | Case No. 1:19-CV-11438-PBS |

**NUANCE COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 OF U.S. PATENT 8,532,993**

Nuance Communications, Inc. ("Nuance"), by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 56.1 and 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, moves this Court to extend Nuance's time to respond to the Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 of U.S. Patent 8,532,993 ("Motion") filed by Omilia Natural Language Solutions, Ltd. ("Omilia"), through and including July 30, 2020. The current deadline to respond is July 23, 2020. Omilia does not oppose this extension. Nuance anticipates filing a response to Omilia's Motion. In support of this unopposed motion, Nuance further states as follows:

1. Omilia filed its Motion on Thursday, July 2, 2020.

2. Nuance's response to the Motion is currently due on July 23, 2020, and has not yet expired. Nuance anticipates filing a response to the Motion and has

communicated the same to Omilia. Omilia has stated it does not oppose an extension of Nuance's time to respond to the Motion through and including July 30, 2020.

3. Nuance does not anticipate that the extension will have any impact on any other aspects of the case management schedule.

4. This motion is made in good faith and not for the purpose of undue delay, but rather to allow Nuance the extra time needed to properly investigate and respond to the Motion and prepare its response.

WHEREFORE, Nuance respectfully requests that the Court enter an order extending the time for Nuance to respond to Omilia's Motion through and including July 30, 2020.

Date: July 7, 2020                                  Respectfully submitted,

By: /s/ Christian E. Mammen
    Christian E. Mammen

**WOMBLE BOND DICKINSON (US) LLP**

David Greenbaum (*admitted pro hac vice*)
**Nuance Communications, Inc.**
1111 Macarthur Boulevard
Mahwah, NJ 07430
(857) 214-5524
david.greenbaum@nuance.com

Jennifer Itzkoff (MA BBO No. 675694)
**WOMBLE BOND DICKINSON (US) LLP**
Independence Warf
470 Atlantic Avenue, Suite 600
Boston, MA 02110
Telephone: (857) 287-3142
Jennifer.Itzkoff@wbd-us.com

*(List of Counsel Continued)*

        Christian E. Mammen (*admitted pro hac vice*)
        Carrie Richey (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        1841 Page Mill Road, Suite 200
        Palo Alto, CA 94304
        Telephone: (408) 341-3067
        Chris.Mammen@wbd-us.com
        Telephone: (408) 341-3060
        Carrie.Richey@wbd-us.com

        Christine H. Dupriest (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        271 17th Street, Suite 2400
        Atlanta, Georgia 30363
        Telephone: (404) 962-7538
        Christine.Dupriest@wbd-us.com

        Kristin Lamb (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        811 Main Street, Suite 3130
        Houston, TX 77002
        Telephone: (346) 998-7843
        Kristin.Lamb@wbd-us.com

        ***Attorneys for Plaintiff***
        ***Nuance Communications, Inc.***

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties met and conferred on July 7, 2020, regarding this motion. Omilia represented that it did not oppose this motion.

*/s/ Christian E. Mammen*
Christian E. Mammen

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 7, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.4 (c).

*/s/ Christian E. Mammen*
Christian E. Mammen