IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OMILIA NATURAL LANGUAGE SOLUTIONS, LTD., <br><br> Defendant. | Case No. 1:19-cv-11438-PBS |

**[PROPOSED] ORDER GRANTING PLAINTIFF NUANCE COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 OF U.S. PATENT 8,532,993**

The Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), having reviewed Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 of U.S. Patent 8,532,993, and for good cause showing, hereby **GRANTS** Plaintiff's unopposed motion. Plaintiff's time to respond to Defendant's Motion for Summary Judgment is extended through and including July 30, 2020.

**IT IS SO ORDERED**,

DATED: _____  _____
Judge Patti B. Saris
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS