# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> OMILIA NATURAL LANGUAGE SOLUTIONS, LTD., <br><br> Defendant and Counterclaim Plaintiff. | **Case No. 1:19-cv-11438-PBS** |

## NUANCE COMMUNICATIONS, INC.'S CLAIM CONSTRUCTION HEARING SLIDES

The slides used by Plaintiff Nuance Communications, Inc. during oral argument at the July 10, 2020 claim construction hearing are attached as **Exhibit A**.

Date:  July 15, 2020                     Respectfully submitted,


                                      */s/ Christian E. Mammen*
                                      **WOMBLE BOND DICKINSON (US) LLP**

                                      David Greenbaum (*admitted pro hac vice*)
                                      **Nuance Communications, Inc.**
                                      1111 Macarthur Boulevard
                                      Mahwah, NJ 07430
                                      (857) 214-5524
                                      david.greenbaum@nuance.com

Jennifer Itzkoff (MA BBO No. 675694)
**WOMBLE BOND DICKINSON (US) LLP**
Independence Wharf
470 Atlantic Avenue, Suite 600
Boston, MA 02110
Telephone: (857) 287-3142
Jennifer.Itzkoff@wbd-us.com

Christian E. Mammen (*admitted pro hac vice*)
Carrie Richey (*admitted pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (408) 341-3067
Chris.Mammen@wbd-us.com
Telephone: (408) 341-3060
Carrie.Richey@wbd-us.com

Christine H. Dupriest (*admitted pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
271 17th Street, Suite 2400
Atlanta, Georgia 30363
Telephone: (404) 962-7538
Christine.Dupriest@wbd-us.com

Kristin Lamb (*admitted pro hac vice*)
**WOMBLE BOND DICKINSON (US) LLP**
811 Main Street, Suite 3130
Houston, TX 77002
Telephone: (346) 998-7843
Kristin.Lamb@wbd-us.com

***Attorneys for Plaintiff Nuance Communications, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that this document and its attachments will be filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 15, 2020.

/s/ *Christian E. Mammen*
Christian E. Mammen