# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.,<br><br>    Defendant and Counterclaim Plaintiff. | **Case No. 1:19-cv-11438-PBS** |

## NUANCE COMMUNICATIONS, INC.'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS IX-XIII OF THE FIRST AMENDED COMPLAINT

Pursuant to Local Rule 7.1(b)(3), Plaintiff and Counterclaim Defendant Nuance Communications, Inc. ("Nuance") requests leave to file a sur-reply memorandum in support of its opposition to Defendant and Counterclaim Plaintiff Omilia Natural Language Solutions, Ltd.'s ("Omilia") Motion to Dismiss Counts IX-XIII of the First Amended Complaint (Dkt. No. 120). Nuance's proposed sur-reply is attached as **Exhibit A**.

Nuance requests leave to submit a sur-reply to address what Omilia believes are erroneous arguments of facts and law in Omilia's reply (Dkt. No. 153) in support of Omilia's motion to dismiss. Omilia continues to fail to credit as true the allegations in the First Amended Complaint; has misconstrued other allegations in the First Amended Complaint, by failing to credit reasonable inferences in Nuance's favor; has failed to address certain of Nuance's arguments, and has relied on incorrect legal standards. *See generally* Exhibit A. Allowing Nuance to submit the proposed sur-reply will allow the Court to have a full and correct record in considering Nuance's opposition to Omilia's motion to dismiss.

Counsel for the parties conferred regarding the motion for leave. Omilia does not oppose Nuance's motion for leave to file a sur-reply.

Accordingly, Nuance respectfully request leave to file the attached sur-reply memorandum.

Date: August 5, 2020                     Respectfully submitted,

                                        */s/ Christian E. Mammen*
                                        **WOMBLE BOND DICKINSON (US) LLP**

                                        David Greenbaum (*admitted pro hac vice*)
                                        **Nuance Communications, Inc.**
                                        1111 Macarthur Boulevard
                                        Mahwah, NJ 07430
                                        (857) 214-5524
                                        david.greenbaum@nuance.com

        Jennifer Itzkoff (MA BBO No. 675694)
        **WOMBLE BOND DICKINSON (US) LLP**
        Independence Wharf
        470 Atlantic Avenue, Suite 600
        Boston, MA 02110
        Telephone: (857) 287-3142
        Jennifer.Itzkoff@wbd-us.com

        Christian E. Mammen (*admitted pro hac vice*)
        Carrie Richey (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        1841 Page Mill Road, Suite 200
        Palo Alto, CA 94304
        Telephone: (408) 341-3067
        Chris.Mammen@wbd-us.com
        Telephone: (408) 341-3060
        Carrie.Richey@wbd-us.com

        Christine H. Dupriest (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        271 17th Street, Suite 2400
        Atlanta, Georgia 30363
        Telephone: (404) 962-7538
        Christine.Dupriest@wbd-us.com

        Kristin Lamb (*admitted pro hac vice*)
        **WOMBLE BOND DICKINSON (US) LLP**
        811 Main Street, Suite 3130
        Houston, TX 77002
        Telephone: (346) 998-7843
        Kristin.Lamb@wbd-us.com

        ***Attorneys for Plaintiff Nuance Communications, Inc.***

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that on August 5, 2020, counsel for Nuance and Omilia conferred in good faith about this motion, but were unable to resolve or narrow the issues raised in this motion. Omilia states that it does not oppose Nuance's motion for leave to file a sur-reply, but reserves the right to seek leave to file a response to the sur-reply.

/s/ *Christian E. Mammen*
Christian E. Mammen

**CERTIFICATE OF SERVICE**

I hereby certify that this document and all its supporting materials will be filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2020.

/s/ *Christian E. Mammen*
Christian E. Mammen