# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.,<br><br>      Defendant and Counterclaim Plaintiff. | **Case No. 1:19-cv-11438-PBS** |

**NUANCE COMMUNICATIONS, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT FOR THE INVALIDITY OF U.S. PATENT 6,999,925**

Nuance Communications, Inc. ("Nuance"), by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 56.1 and 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, moves this Court to extend Nuance's time to respond to the Motion for Partial Summary Judgment of Invalidity for U.S. Patent 6,999,925 ("Motion") filed by Omilia Natural Language Solutions, Ltd. ("Omilia"), through and including January 7, 2021. The current deadline to respond is December 23, 2020. Omilia does not oppose this extension. Nuance anticipates filing a response to Omilia's Motion. In support of this unopposed motion, Nuance further states as follows:

1.  Omilia filed its Motion on Wednesday, November 25, 2020.

2.  Nuance's response to the Motion is currently due on December 23, 2020, and has not yet expired. Nuance anticipates filing a response to the Motion and has communicated the same to Omilia. In view of the Court's comments during the recent hearing on December 14, 2020 about the potential timing for a hearing on the Motion, the parties have discussed a further extension of the briefing schedule. Omilia has stated it does not oppose an extension of Nuance's time to respond to the Motion through and including January 7, 2021.

3.  Nuance does not anticipate that the extension will have any impact on any other aspects of the case management schedule.

4.  This motion is made in good faith and not for the purpose of undue delay, but rather to allow Nuance the extra time needed to properly investigate and respond to the Motion and prepare its response.

WHEREFORE, Nuance respectfully requests that the Court enter an order extending the time for Nuance to respond to Omilia's Motion through and including January 7, 2021.

Date: December 19, 2020          Respectfully submitted,

                                 /s/ Christian E. Mammen
                                 **WOMBLE BOND DICKINSON (US) LLP**

                                 David Greenbaum (*admitted pro hac vice*)
                                 **Nuance Communications, Inc.**

       1111 Macarthur Boulevard
       Mahwah, NJ 07430
       (857) 214-5524
       david.greenbaum@nuance.com

       Deborah M. Vernon (MA BBO No. 663937)
       **WOMBLE BOND DICKINSON (US) LLP**
       Independence Wharf
       470 Atlantic Avenue, Suite 600
       Boston, MA 02110
       Telephone: (857) 287-3130
       Deborah.Vernon@wbd-us.com

       Christian E. Mammen (*admitted pro hac vice*)
       Carrie Richey (*admitted pro hac vice*)
       **WOMBLE BOND DICKINSON (US) LLP**
       1841 Page Mill Road, Suite 200
       Palo Alto, CA 94304
       Telephone: (408) 341-3067
       Chris.Mammen@wbd-us.com
       Telephone: (408) 341-3060
       Carrie.Richey@wbd-us.com

       Christine H. Dupriest (*admitted pro hac vice*)
       **WOMBLE BOND DICKINSON (US) LLP**
       271 17th Street, Suite 2400
       Atlanta, Georgia 30363
       Telephone: (404) 962-7538
       Christine.Dupriest@wbd-us.com

       Attorneys for Plaintiff,
       NUANCE COMMUNICATIONS, INC.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that the parties met and conferred on December 18, 2020, regarding this motion. Omilia stated that it did not oppose this motion.

*/s/ Christian E. Mammen*
Christian E. Mammen

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 19, 2020.

*/s/ Christian E. Mammen*
Christian E. Mammen