# Exhibit A

# Christopher Schmandt

4 Longfellow
Winchester, MA 01890
+1-781-721-3441

**Education**

M.I.T., Master of Science, Visual Studies (Computer Graphics), 1980

M.I.T., Bachelor of Science, Computer Science, 1978

**Professional Experience -- MIT**

Media Laboratory, Principal Research Scientist, 1985-2018 (retired)
Director, Living Mobile Research Group (formerly Speech + Mobility)

Architecture Machine Group, Research Associate, 1980-1984

Architecture Machine Group, Research Assistant, 1979-1980

Architecture Machine Group, Graphics Programmer, 1977-1979

Departmental Undergraduate Research Opportunities Program Coordinator, 1984-2018

Laboratory Intellectual Property Committee 2001-2016, chair 2002-2009

Departmental Committee on Graduate Studies, 1996-2001, 2007-2018

**Sponsored Research Activities**

Alerting and Mobile Messaging, Digital Life Consortium, MIT Media Lab, 1997-2018

Acoustical Cues to Discourse Structure, National Science Foundation, Principal Investigator, 1995-1998

Parsing Radio, News in the Future Consortium, MIT Media Lab, 1993-1999

Desktop Audio, SUN Microsystems, Inc., Principal Investigator, 1989-1996

Voice Interaction in Hand Held Computer, Apple Computer, Principal Investigator, 1991-1993

Voice Interfaces for Network Services, AT&T, Principal Investigator, 1989-1991

Back Seat Driver, NEC, Principal Investigator, 1988-1991

Acoustic and Visual Cues for Speech Recognition, DARPA, co-Principal Investigator, 1986-1988

Personal Computers and Telephony, NTT Public Corporation, Principal Investigator, 1984-1989

Home Telecomputing, Atari, Inc., Principal Investigator, 1983

**Testifying legal engagments** within the last five years, representing party in italics

- CallWave v. *Fonality,* , 2015
- *Microsoft* v. Rainiere, 2016
- *Microsoft* v. Windy City, 2016
- *Facebook* v. Windy City, 2017
- *Facebook* v. EVERYMD.COM LLC, 2017
- *Comcast* v. Promptu, 2017
- Express Mobile, Inc v. *Big Commerce*, 2017
- *Facebook* v. Hypermedia, 2017
- *Microsoft* v. Uniloc 2017 LLC, 2019
- *Microsoft* v. SpeakWare, 2019
- *Bumble Trading Inc.* v. Match Group LLC, 2019
- *Tile Inc.* v. Cellwatch Inc, 2019
- Blackberry Ltd v. *Facebook, Inc* 2020
- *EROAD Ltd* Ltd v. PerDiemCo, 2020
- *Snap Inc.* Ltd v. SRK Technology LLC, 2020
- *Shopify Inc* Ltd v. Express Mobile Inc, 2020

**Professional Experience -- Intellectual Property**

Co-inventor on U.S. Patents

- 5,177,685 for "Automobile navigation system using real time spoken driving instructions"
- 6,728,348 for "System for storing voice recognizable identifiers using a limited input device such as a telephone key pad"
- 6,937,986 for "Automatic dynamic speech recognition vocabulary based on external sources of information"
- 7,098,776 for "Methods and apparatus for vibrotactile communication"
- 7,392,280 for "Method for summarization of threads in electronic mail"
- 7,738,637 "Interactive voice message retrieval"
- 7,443,283 for "Methods and apparatus for connecting an intimate group by exchanging awareness cues and text, voice instant messages, and two-way voice communications"
- 7,865,560 for "System for summarization of threads in electronic mail"
- 8,121,653 for "Methods and apparatus for autonomously managing communications using an intelligent intermediary"
- 8,135,128 for "Animatronic creatures that act as intermediaries between human users and a telephone system"

Co-inventor on U.S. Patent Applications

- 20020076009 "International dialing using spoken commands"

- 20030023688 "Voice-based message sorting and retrieval method"
- 20030081738 "Method and apparatus for improving access to numerical information in voice messages"
- 20030144846 "Method and system for modifying the behavior of an application based upon the application's grammar"
- 20030158903 "Calendar bar interface for electronic mail interaction"

**Publications**
Most publications can be found at http://www.media.mit.edu/speech/publications
or http://living.media.mit.edu/publications

*SkinMorph: Texture-Tunable On-Skin Interface Through Thin, Programmable Gel* ISWC 2018. (with Cindy Kao, M. Banforth, D. Kim)

*Technical Interventions to Detect, Communicate, and Deter Sexual Assault.* ISWC 2017. (with Manisha Mohan)

*Exploring Interactions and Perceptions of Kinetic Wearables.* DIS 2017. (with Cindy Hsin-Liu Kao, D. Ajilo, O. Anilionyte, A. Dementyev, I. Choi and S. Follmer)

*Leveraging User-made Predictions to Help Understand Personal Behavior.* MobileHCI 2017. (with Miriam Greis, Tilman Dangler and Albrecht Schmidt)

*Rovables: On-Body Robots as Mobile Wearables.* UIST 2016. (with Cindy Hsin-Liu Kao, A. Dementyev, I. Choi, D. Ajilo, M. Xu, and S. Follmer)

*DuoSkin: Rapidly Prototyping On-Skin User Interfaces Using Skin-Friendly Materials.* ISWC 2016. (with Cindy Hsin-Liu Kao, Christian Holz, Asta Roseway, and Andres Calvo)

*Immersive Terrestrial Scuba Diving Using Virtual Reality* (with Dhruv Jain, Misha Sra, Jingru Go, Rodrigo Margues, Raymond Wu and Justin Chiu) Proceedings, UIST 2016

*Expanding social mobile games beyond the device screen* (with Misha Sra) Journal of Personal and Ubiquitous Computing, 2015

*NailO: Fingernails as an input surface* (with Cindy Hsin-Liu Kao, Artem Dementyev, Joseph Paradiso) CHI 2015

*Mugshots: A mug display for front and back stage social interaction in the workplace* (with Cindy Hsin-Liu Kao) TEI (Tangible and Embedded Interfaces) 2015

*Mime: compact, low power 3D gesture sensing for interactionwith head mounted displays* (with Andrea Colaco, Ahmend Kirmani, Hye Soo Yang, Nan-Wei Gong, and Vivek Goyal) Proceedings of UIST 2013.

*Spotz: A location-based approach to self-awareness* (with Misha Sra) Proceedings of Persuasive 2013.

*Setting the stage for interaction: A tablet application to augment group discussion in a seminar class* (with Drew Harry and Eric Gordon) Proceedings of CSCW 2012.

*Indoor Location Sensing using Geo-Magnetism* (with Jaewoo Chung, Matt Donahoe, Ig-Jae Kim, Pedram Razavai and Micaela Wiseman) Proceedings of International Conference on Mobile Systems, Applications, and Services (Mobisys) 2011.

*My second bike: a TV-enabled social and interactive riding experience* (with Jaewoo Chung, Kuang Xu, Andrea Colaco, and Victor Li) Proceedings of IEEE Communications and Networking Conference, Jan 2010.

*Going my way?: User-aware route planner* (with Jaewoo Chung) Proceedings CHI 2009.

*Globetoddler: Designing for remote interataction between preschoolers and their traveling parents* (with Paulina Modlitba) CHI 2008 Extended Abstracts

*Are we there yet? - a temporally aware media player* (with Matt Adcock and Jaewoo Chung), Australian User Interface Conference (AUIC) 2008

*Physical embodiments for mobile communication agents* (with Stefan Marti), UIST 2005

*Giving the caller the finger: collaborative responsibility for cellphone interruptions* (with Stefan Marti) Extended Abstracts, CHI 2005

*Active Messenger: email filtering and delivery in a heterogeneous network* (with Stefan Marti) Human-Computer Interaction Journal (HCI) Volume 20 (2005)

*WatchMe: communication and awareness between members of a closely-knit group* (with Natalia Marmasse) Proceedings of Ubicomp 2004

*An audio-based personal memroy aid* (with S. Vemuri, W. Bender, S.Tellex and B. Lassey) Proceedings of Ubicomp 2004

*Improving speech playback using time-compression and speech recognition* (with Sunil Vemuri, Philip DeCamp, and Walter Bender) Proceedings of CHI 2004

*Impromptu: managing networked audio applications for mobile users* (with Kwan Lee, Jang Kim, and Mark Ackerman), Proceedings of MobiSys 2004

*TalkBack: a conversational answering machine* (with Vidya Lakshmipathy and Natalia Marmasse) Proceedings of UIST 2003

*``ListenIn'' to domestic environments from remote locations* (with Gerardo Vallejo) Proceedings of the 2003 International Conference on Auditory Display (ICAD)

*Safe & Sound: a wireless leash* (with Natalia Marmasse) Extended Abstracts, Proceedings of CHI 2003

*Mediated voice communication via mobile IP* (with Jang Kim, Kwan Lee, Gerardo Vallejo, and Mark Ackerman), Proceedings of UIST 2002.

*The Audio Notebook: Paper and pen interaction with structured speech* (with Lisa Stifelman and Barry Arons), Proceedings of CHI 2001

*Synthetic News Radio* (with Keith Emnett) IBM Systems Journal, Vol. 39 Nos. 3-4, pp. 646-659, 2000.

*Everywhere messaging* (with Natalia Marmasse, Stefan Marti, Nitin Sawhney, and Sean Wheeler) IBM Systems Journal, Vol. 39 Nos. 3-4, pp. 660-677, 2000.

*Location-aware information delivery wth comMotion* (with Natalia Marmasse), Proceedings of the Second International Symposium on Handheld and Ubiquitous Computing, pp. 157-171, Springer, 2000.

*Nomadic Radio: Scalable and contextual notification for wearable audio messaging* (with Nitin Sawhney), Proceedings of CHI 1999.

*Speaking and listening on the run: Design for wearable audio computing* (with Nitin Sawhney), Proceedings of International Symposium on Wearable Computing, 1998.

*Audio Hallway: A virtual acoustic environment for browsing*, Proceedings of UIST 1998.

*Dynamic Soundscape: Mapping time to space for audio browsing* (with Minoru Kobayashi), Proceedings of CHI 1997.

*CLUES: Dynamic personalized message filtering* (with Matt Marx), Proceedings of CSCW 1996.

*Using acoustic structure in a hand-held audio playback device* (with Deb Roy), IBM Systems Journal, Vol 35, Nos. 3 and 4, 1996.

*Mailcall: Message presentation and navigation in a nonvisual environment* (with Matt Marx), Proceedings of CHI 1996

*AudioStreamer: Exploiting simultaneity for listening* (with Atty Mullins), short paper, CHI 1995.

*Multimedia momadic services on today's hardware*, IEEE Network, September/October 1994.

*Putting people first: Specifying proper names in speech interfaces* (with Matt Marx), proceedings of UIST 1994.

*Chatter: A conversational learning speech interface* (with E. Ly) AAAI Workshop on Intelligent Multi-Media Multi-Modal Systems, 1994.

Voice Communication with Computers: Conversational Systems. New York: Van Nostrand Reinhold. 1994.

*Capturing, structuring, and representing ubiquitous audio* (with D. Hindus and C. Horner), ACM Transactions on Information Systems, Vol. 11, No. 4, October 1993.

*Speech Recognition Architectures for Multimedia Environments*, (with E. Ly and B. Arons), Proceedings of the 1993 AVIOS Conference, September 1993.

*Phoneshell: the Telephone as Computer Terminal*, Proceedings of the ACM Multimedia Conference, August 1993.

*Voicenotes: A Speech Interface for a Hand-Held Voice Notetaker* (with L. Stifelman, B. Arons, and E. Hulteen), Proceedings of INTERCHI'93, April 1993.

*From Desktop Audio to Mobile Access: Opportunities for Voice in Computing*, book chapter in Advances in Human-Computer Interaction, Vol. 4, H.R. Hartson and D. Hix editors. 1992.

*Ubiquitous Audio: Capturing Spontaneous Collaboration* (with D. Hindus), Proceedings of CSCW'92, November 1992.

*Integrating Audio and Telephony in a Distributed Workstation Environment* (with S. Angebranndt, R. Hyde, D. Luong, and N. Siravara), Proceedings of the Summer 1991 USENIX Conference, June 1991.

*Augmenting a Window System with Speech Input* (with M. Ackerman and D. Hindus), Computer, IEEE Computer Society, Vol. 23, No. 8, August 1990.

*Observations on Using Speech Input for Window Navigation* (with D. Hindus, M. Ackerman, and S. Manandhar), Proceedings, Human-Computer Interaction, Interact '90, IFIP, August 1990.

*Phonetool: Integrating Telephones and Workstations* (with S. Casner), Proceedings, GLOBECOM '89, IEEE Communications Society, November 1989.

*Desktop Audio* (with B. Arons), UNIX Review, October 1989.

*Synthetic Speech for Real Time Direction-Giving* (with J. Davis), IEEE Transactions on Consumer Electronics, IEEE, September 1989.

*The Back Seat Driver: Real Time Spoken Driving Instructions* (with J. Davis), Proceedings, IEEE Vehicle Navigation and Information Systems Conference, IEEE, Toronto, Canada, September 1989.

*An Audio and Telephone Server for Multi-media Workstations* (with M. McKenna), Proceedings, Second IEEE Conference on Workstations, IEEE, Palo Alto, CA., 1988.

*Employing Voice Back Channels to Facilitate Audio Document Retrieval,* Proceedings, ACM Conference on Office Information Systems (COIS), Santa Clara, CA, 1988.

*Conversational Telecommunications Environments,* Proceedings, Second International Conference on Human-Computer Interaction, 1987.

*Understanding Speech Without Recognizing Words,* Proceedings, American Voice Input/Output Society Conference, AVIOS, 1987.

*A Robust Parser and Dialog Generator for a Conversational Office System* (with B. Arons and C. Simmons), Proceedings, American Voice Input/Output Society Conference, AVIOS, Palo Alto, CA, 1987.

*Integrated Messages and Network Services for a Personal Workstation,* IEEE Workshop on Telematics and Message Handling Systems, IEEE, 1986.

*Voice Interaction in an Integrated Office and Telecommunications Environment,* Proceedings, American Voice Input/Output Society Conference, AVIOS, San Francisco, CA, 1985.

*Voice Communication with Computers,* book chapter in Advances in Human-Computer Interaction, H. R. Hartson ed., 1985.

*Speech Synthesis Gives Voiced Access to an Electronic Mail System,* Speech Technology, Vol. 2, No. 3, Aug/Sept 1984.

*A Conversational Telephone Messaging System* (with B. Arons), IEEE Transactions on Consumer Electronics, IEEE, Vol CE-30, August 1984.

*Phone Slave: A Graphical Telecommunications Interface* (with B. Arons), Proceedings, Society for Information Display International Symposium, SID, San Francisco, CA, June 1984.

*Input/Display Registration in a Stereoscopic Workstation,* Displays, April 1984.

*Remote Access to Voice and Text Messages,* Proceedings, American Voice Input/Output Society Conference, AVIOS, Washington D.C., 1984.

*Fuzzy Fonts: Analog Models Improve Digital Text Quality,* Proceedings, National Computer Graphics Association Conference, Chicago, IL, 1983.

*Greyscale Fonts Designed From Video Signal Analysis,* Society of Applied Learning Technology, Houston, TX, 1983.

*Spatial Input/Display Correspondence in a Stereoscopic Computer Graphic Work Station,* Proceedings, ACM/SIGGRAPH, Detroit, MI, 1983.

*A Programmable Virtual Vocabulary Speech Processing Peripheral* (with W. Bender), Proceedings, American Voice Input/Output Society Conference on Voice Data Entry Systems Applications, AVIOS, 1983.

*The Intelligent Voice Interactive Interface* (with E. A. Hulteen), Proceedings, Human Factors in Computer Systems, National Bureau of Standards/ACM, Gaithersburg, MD, 1982.

*Interactive Three-Dimensional Computer Space,* Proceedings, SPIE Conference on Processing and Display of Three-Dimensional Data, SPIE, San Diego, CA, 1982, Vol. 367.

*Speech Communications, a Systems' Approach,* Proceedings, American Voice Input/Output Society Conference on Entry Systems Applications, 1982.

*Voice Interaction: Putting Intelligence into the Interface,* Proceedings, IEEE International Conference on Cybernetics and Society, IEEE, Seattle, WA, 1982.

*The Intelligent Ear: A Graphical Interface to Digital Audio,* Proceedings, IEEE International Conference on Cybernetics and Society, IEEE, Atlanta, GA, 1981.

*Soft Typography,* Information Processing 1980, IFIPS, S. Lavington ed., North-Holland Publishing Co., 1980.