IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>       Plaintiff and Counterclaim Defendant,<br><br>       v.<br><br>OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.,<br><br>       Defendant and Counterclaim Plaintiff. | Case No. 1:19-CV-11438-PBS<br><br>**JURY TRIAL DEMANDED** |

### OMILIA NATURAL LANGUAGE SOLUTIONS, LTD.'S MOTION TO SUPPLEMENT ITS PRELIMINARY NON-INFRINGEMENT AND INVALIDITY CONTENTIONS

Omilia Natural Language Solutions, Ltd. moves to supplement its Preliminary Non-Infringement and Invalidity Contentions, pursuant to L.R., D. Mass. 16.6(d)(5). The parties met and conferred on January 27 and 28, 2021 on this motion. Nuance Communications Inc. ("Nuance") indicated that it reserves all rights, and will inform Omilia and the Court on its position regarding Omilia's motion to supplement. The grounds for this motion are set forth in the supporting Memorandum and accompanying Declaration of Daniel S. Sternberg and Exhibit submitted with this motion.

1

| | |
|---|---|
| Dated: January 28, 2021 | Respectfully Submitted, |

/s/ *Daniel S. Sternberg*
Kevin C. Adam (SBN 684955)
Daniel S. Sternberg (SBN 688842)
WHITE & CASE LLP
75 State Street, 24th Floor
Boston, MA  02109
(617) 979-9300
kevin.adam@whitecase.com
daniel.sternberg@whitecase.com

Of Counsel:
Dimitrios Drivas (*admitted pro hac vice*)
Raj Gandesha (*admitted pro hac vice*)
Stefan Mentzer (*admitted pro hac vice*)
John Padro (*admitted pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
(212) 819-8286
ddrivas@whitecase.com
rgandesha@whitecase.com
smentzer@whitecase.com
john.padro@whitecase.com

Hallie Kiernan (*admitted pro hac vice*)
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
(650) 213-0300
hallie.kiernan@whitecase.com

*Counsel for Omilia Natural Language Solutions, Ltd*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties conferred on January 27 and 28, 2021 on this motion and Nuance Communications Inc. indicated that it reserves all rights, and will inform Omilia and the Court on its position regarding Omilia's motion to supplement.

/s/ *Daniel S. Sternberg*
Daniel S. Sternberg

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on January 28, 2021, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.4 (c).

/s/ *Daniel S. Sternberg*
Daniel S. Sternberg