**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MASSACHUSETTS**

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>      Plaintiff and Counterclaim<br>      Defendant,<br><br>   v.<br><br>OMILIA NATURAL LANGUAGE<br>SOLUTIONS, LTD.,<br><br>      Defendant and Counterclaim<br>      Plaintiff. | **Case No. 1:19-cv-11438-PBS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a confidential Settlement

Agreement among the parties, Plaintiff and Counterclaim Defendant Nuance Communications,

Inc., and Defendant and Counterclaimant Omilia Natural Language Solutions, Ltd. hereby dismiss

the above captioned matter in its entirety with prejudice.


DATED: April 15, 2021        Respectfully submitted,

                               */s/ Christian E. Mammen*
                               **WOMBLE BOND DICKINSON (US) LLP**

                               Christian E. Mammen (*admitted pro hac vice*)
                               Carrie Richey (*admitted pro hac vice)*
                               WOMBLE BOND DICKINSON (US) LLP
                               1841 Page Mill Road, Suite 200
                               Palo Alto, CA 94304
                               Telephone: (408) 341-3067
                               Chris.Mammen@wbd-us.com
                               Telephone: (408) 341-3060
                               Carrie.Richey@wbd-us.com

                               ***Attorneys for Plaintiff Nuance Communications, Inc.***

1

<u>*With Permission - /s/ Raj Gandesha*</u>
**WHITE & CASE LLP**
Raj Gandesha (*admitted pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-8286
rgandesha@whitecase.com

***Counsel for Defendant Omilia Natural Language Solutions, Ltd.***

2

## CERTIFICATE OF SERVICE

I hereby certify that this document will be filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 15, 2021.

/s/ *Christian E. Mammen*
Christian E. Mammen